

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 6, 1962

Honorable Jerry Dellana
County Attorney
Travis County Courthouse
Austin, Texas

Dear Mr. Dellana:

Opinion No. WW-1343

Re: Legality under Article 654,
V.P.C., of giving a valuable
prize by means of a drawing
under the facts submitted.

You have requested an opinion as to the legality
under Article 654 of Vernon's Penal Code of a plan described
by you as follows:

"Facts: A merchant desires to give away a
central air-conditioning unit at the open-
ing of a new store and office; it is not
necessary for the registrant to be present
to win nor to buy anything from the store
to register, but limits the registrants to
the following:

"1. That only one member of a family may
register at one time.

"2. That the registrant own a home in
Travis County, Texas.

"3. That the unit will be installed in a
single family residence only, the con-
denser being not less than two ton
capacity and not greater than five ton
capacity.

"4. That no employees or their immediate
family may participate."

Article 654, Vernon's Penal Code, prohibits the esta-
blishment and operation of a lottery, and the disposition
of property by lottery, but does not define a lottery. The
courts have, therefore, adopted a definition based upon the
term "lottery" and it is well established that three things
must occur to constitute an advertising scheme a lottery
and these are: (a) A prize or prizes; (b) the award or
distribution of the prize or prizes by chance; (c) the pay-
ment, either directly or indirectly, by the participant of

a consideration for the right or privilege of participating. Cole v. State, 112 S.W.2d 725 (Tex.Crim.1937), Brice v. State, 242 S.W.2d 433 (Tex.Crim. 1951), Smith v. State,1274 S.W.2d 297 (Tex.Crim. 1939).

Assuming the facts as you have given them, it is clear that no purchase must be made to become eligible to win the prize if selected, hence there is no consideration paid by the participant. The Court of Criminal Appeals in Brice v. State holds that the going into a store and registering does not constitute the payment of consideration,even though the donor may receive a benefit from the drawing in the way of advertising. Such being the case, in our opinion this plan is not a lottery because of the lack of consideration.

## S U M M A R Y

The advertising plan does not constitute a lottery under the facts submitted because of the absence of consideration.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Charles R. Lind

Charles R. Lind
Assistant Attorney General

CRL:sh

APPROVED:

OPINION COMMITTEE:
W. V. Geppert, Chairman
Pat Bailey
Vernon Teofan
Jay Howell
Milton Richardson

REVIEWED FOR THE ATTORNEY GENERAL
BY: Leonard Passmore